IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** v. RAFAEL CONTRERAS-ESPINAL [2], **Defendant.** | **CRIMINAL NO.** 11-561 (FAB) |

**MEMORANDUM AND ORDER**

BESOSA, District Judge.

A district court may refer a pending motion to suppress to a magistrate judge for a report and recommendation. See 28 U.S.C. § 636(b)(1)(B); Fed.R.Civ.P. 72(b); Loc. Rule 72(b).  Any party adversely affected by the report and recommendation may file written objections within fourteen days of being served with the magistrate judge's report.  See 28 U.S.C. § 636(b)(1).  A party that files a timely objection is entitled to a *de novo* determination of "those portions of the report or specified proposed findings or recommendations to which specific objection is made."  Sylva v. Culebra Dive Shop, 389 F.Supp.2d 189, 191-92 (D.P.R. 2005) (citing United States v. Raddatz, 447 U.S. 667, 673 (1980)).  Failure to comply with this rule precludes further review.  See Davet v. Maccorone, 973 F.2d 22, 30-31 (1st Cir. 1992).  In conducting its review, the court is free to "accept,

Criminal No. 11-561 (FAB)                                                2

reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(a)(b)(1); <u>Templeman v. Chris Craft Corp.</u>, 770 F.2d 245, 247 (1st Cir. 1985); <u>Alamo Rodriguez v. Pfizer Pharmaceuticals, Inc.</u>, 286 F.Supp.2d 144, 146 (D.P.R. 2003). Furthermore, the Court may accept those parts of the report and recommendation to which the parties do not object. <u>See</u> <u>Hernandez-Mejias v. General Elec.</u>, 428 F.Supp.2d 4, 6 (D.P.R. 2005) (citing <u>Lacedra v. Donald W. Wyatt Detention Facility</u>, 334 F.Supp.2d 114, 125-126 (D.R.I. 2004)).

On May 18, 2012, the United States magistrate judge issued a very thorough and well-analyzed Report and Recommendation ("R&R"), recommending that defendant's motion to suppress (Docket No. 46), be **DENIED**. (Docket No. 94). Defendant did not object to the R&R within the time provided by the rules. Therefore, he has waived the right to further review in the district court. <u>Davet</u>, 973 F.2d at 30-31. The Court has made an independent examination of the entire record in this case and **ADOPTS** the magistrate judge's findings and recommendations. Accordingly, defendant's motion to suppress is **DENIED**.

    **IT IS SO ORDERED.**

San Juan, Puerto Rico, July 5, 2012.

                                                    s/ Francisco A. Besosa
                                                    FRANCISCO A. BESOSA
                                                    UNITED STATES DISTRICT JUDGE